IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAMPTON HARRIS, Individually, and as Independent Administrator of the Estate of MICHAEL HARRIS, Deceased; and ANDREW MUSGROVE, Individually and as Independent Administrator of the Estate of ANNE HARRIS, | § § § § § § § § | |
| | § | CIVIL ACTION NO. 4:09-cv-03155 |
| Plaintiffs, | § § | TRIAL BY JURY REQUESTED |
| VS. | § § | HON. LYNN HUGHES |
| SOCIETE AIR FRANCE; AIRBUS S.A.S.; HONEYWELL INTERNATIONAL, INC.; ROCKWELL COLLINS, INC.; and THALES, S.A. | § § § § § | |
| Defendants. | | |

**SUPPLEMENTAL CERTIFICATE OF CONFERENCE REGARDING PLAINTIFFS' MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT**

COME NOW Plaintiffs HAMPTON HARRIS, Individually, and as Independent Administrator of the Estate of MICHAEL HARRIS, Deceased, and ANDREW MUSGROVE, Individually, and as Independent Administrator of the Estate of ANNE HARRIS, Deceased and hereby certify that the office of the undersigned has conferred with all opposing counsel regarding Plaintiffs' Motion for Leave to Amend. Opposing counsel are not opposed and Plaintiffs' motion is filed accordingly.

| OF COUNSEL: | Respectfully submitted, |
|---|---|
| | MITHOFF LAW FIRM |
| RUSSELL POST | |
| BECK, REDDEN & SECREST, LLP | */s/ Richard Warren Mithoff* |
| Federal Bar No. 23206 | RICHARD WARREN MITHOFF |
| One Houston Center | ATTORNEY IN CHARGE |
| 1221 McKinney Street, Suite 4500 | Federal Bar No. 2012 |
| Houston, Texas 77010-2010 | JANIE L. JORDAN |
| (713)951-3700 | Federal Bar No. 17407 |
| (713) 951-3720 (Fax) | JOSEPH A. ALEXANDER |
| | Federal Bar No. |
| | 500 Dallas Street, Suite 3450 |
| | Houston, Texas 77002 |
| | (713)654-1122 (713) |
| | 739-8085 (Fax) |
| | rmithoff@mithofflaw.com |

**ATTORNEY FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2009, a true and correct copy of the foregoing pleading was served, via the Court's CM⁄ECF notification system.

*/s/ Richard Warren Mithoff*
RICHARD WARREN MITHOFF