United States District Court
Southern District of Texas
FILED

OCT 1 3 2009

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF ~~Clerk of Court~~

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 09 CV 3155 |
|---|---|---|---|
| Hampton Harris, et al. | | | |
| *versus* | | | |
| Societe Air France, et al. | | | |

This lawyer, who is admitted to the State Bar of _____ Texas _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Don G. Rushing<br>Morrison & Foerster LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130<br>(858) 720-5145<br>California (87565); Texas (24008348) |
|---|---|

Seeks to appear as the attorney for this party:

| Honeywell International Inc. | |
|---|---|
| Dated: October 7, 2009 | Signed: _____ |

| COURT USE ONLY: The state bar reports that the applicant's status is: *eligible to practice* | |
|---|---|
| Dated: 10/15/09 | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice.*

Dated: 11·18·09 _____            _____
                                   United States District Judge