IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAMPTON HARRIS, Individually, and as Independent Administrator of the Estate of MICHAEL HARRIS, Deceased; and ANDREW MUSGROVE, Individually and as Independent Administrator of the Estate of ANNE HARRIS, <br><br> Plaintiffs, <br><br> VS. <br><br> SOCIÉTÉ AIR FRANCE; AIRBUS S.A.S.; HONEYWELL INTERNATIONAL, INC.; ROCKWELL COLLINS, INC., and THALES AVIONICS, S.A., <br><br> Defendants. | § § § § § § § § § § § § § § § § § <br><br> Civil Action No. 4:09-cv-03155 <br> Hon. Lynn Hughes |

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT SOCIÉTÉ AIR FRANCE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Société Air France ("Air France"), a nongovernmental corporate party, certifies that Air France is a wholly-owned subsidiary of Air France-KLM Group, a publicly-held corporation.

Dated: December 8, 2009

                                                  Respectfully submitted,

                                                  STEPP & SULLIVAN, P.C.

                                                  Jad Stepp
                                                  Attorney in Charge for Defendant
                                                  Société Air France
                                                  State Bar No. 19169100
                                                  Federal Bar No. 5856
                                                  1010 Lamar St. Suite 810
                                                  Houston, TX  77002
                                                  Tel. No. (713) 336-7203
                                                  Fax No. (713) 336-7250

>
> -and-
>
> HOLLAND & KNIGHT LLP
>
> Christopher G. Kelly*
> Alan D. Reitzfeld*
> 195 Broadway
> New York, New York  10007
> Tel No. (212) 513-3200
> Fax No. (212) 385-9010
>
> *Attorneys for Defendant Société Air France*
>
> *Awaiting pro hac vice admission.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a member of Stepp & Sullivan, P.C., and that a true and correct copy of the foregoing was served on counsel of record as noted below on this, the 8th day of December 2009.

*Via ECF*
Richard Mithoff
Janie Jordan
Joseph Alexander
Mithoff Law Firm
500 Dallas Street, Suite 3450
Houston, Texas  77002
Attorneys for Plaintiffs Hampton Harris and Andrew Musgrove

*Via ECF*
Don Rushing
Ellen Adler
William O'Connor
Morrison & Foerster, LLP
12531 High Bluff Dr., Suite 100
San Diego, California  92130
Attorneys for Defendant Honeywell International, Inc.

*Via ECF*
Thomas Trent
Johnson, Trent, West & Taylor, LLP
919 Milam Street, Suite 1700
Houston, Texas  77002
Attorney for Defendant Honeywell International, Inc.

***Via ECF***
Robert Ruckman
Jackson & Walker LLP
901 Main Street, Suite 6000
Dallas, Texas 75202-4771
Attorney for Defendant Rockwell Collins, Inc.

***Via ECF***
Pamela Hicks
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd, Suite 2400
Houston, Texas 77056-3000
Attorney for Defendant Thales Avionics, S.A.

***Via U.S. Mail***
Thad T. Dameris
HOGAN & HARTSON LLP
Bank of America Center
700 Louisiana Street, Suite 4300
Houston, TX 77002
Attorney for Defendant Airbus S.A.S.

_____
Jad J. Stepp