IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAMPTON HARRIS, Individually, and as Independent Administrator of the Estate of MICHAEL HARRIS, Deceased; and ANDREW MUSGROVE, Individually and as Independent Administrator of the Estate of ANNE HARRIS, § § § § § § Plaintiffs, § § VS. § § SOCIÉTÉ AIR FRANCE; AIRBUS S.A.S.; § HONEYWELL INTERNATIONAL, INC.; § ROCKWELL COLLINS, INC., and § THALES AVIONICS, S.A., § § Defendants. § | Civil Action No. 4:09-cv-03155 Hon. Lynn Hughes |

**NOTICE OF RELATED LITIGATION**

Pursuant to Local Rule 5.2, Defendant Société Air France ("Air France") advises the Court that Air France is aware of the following actions that arise from the same aircraft accident as the instant case, but in which Air France is not a party:

1. *Gergelova, et al. v. Airbus S.A.S., et al.*, No. 3:09-cv-05020-SI (N.D. Cal., filed Oct. 21, 2009);

2. *Hemme, et al. v. Airbus S.A.S., et al.*, No. 1:09-cv-07239 (N.D. Ill., removed Nov. 18, 2009).

Respectfully submitted,

STEPP & SULLIVAN, P.C.

_____
Jad Stepp
Attorney in Charge for Defendant
Société Air France
State Bar No. 19169100
Federal Bar No. 5856
1010 Lamar St. Suite 810
Houston, TX 77002
Tel. No. (713) 336-7203
Fax No. (713) 336-7250

-and-

HOLLAND & KNIGHT LLP

Christopher G. Kelly[*]
Alan D. Reitzfeld[*]
195 Broadway
New York, New York 10007
Tel No. (212) 513-3200
Fax No. (212) 385-9010

*Attorneys for Defendant Société Air France*

[*]Awaiting pro hac vice admission.

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that I am a member of Stepp & Sullivan, P.C., and that a true and correct copy of the foregoing was served on counsel of record as noted below on this, the 8th day of December 2009.

*Via ECF*
Richard Mithoff
Janie Jordan
Joseph Alexander
Mithoff Law Firm
500 Dallas Street, Suite 3450
Houston, Texas 77002
Attorneys for Plaintiffs Hampton Harris and Andrew Musgrove

*Via ECF*
Don Rushing
Ellen Adler
William O'Connor
Morrison & Foerster, LLP
12531 High Bluff Dr., Suite 100
San Diego, California 92130
Attorneys for Defendant Honeywell International, Inc.

*Via ECF*
Thomas Trent
Johnson, Trent, West & Taylor, LLP
919 Milam Street, Suite 1700
Houston, Texas 77002
Attorney for Defendant Honeywell International, Inc.

*Via ECF*
Robert Ruckman
Jackson & Walker LLP
901 Main Street, Suite 6000
Dallas, Texas 75202-4771
Attorney for Defendant Rockwell Collins, Inc.

*Via ECF*
Pamela Hicks
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd, Suite 2400
Houston, Texas 77056-3000
Attorney for Defendant Thales Avionics, S.A.


*Via U.S. Mail*
Thad T. Dameris
Hogan & Hartson LLP
Bank of America Center
700 Louisiana Street, Suite 4300
Houston, TX 77002
Attorney for Defendant Airbus S.A.S.

_____
Jad J. Stepp