| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-03155 |
|---|---|---|---|
| Hampton Harris, et al. ||||
| *versus* ||||
| Societe Air France, et al. ||||

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Christopher G. Kelly<br>Holland & Knight LLP<br>195 Broadway<br>New York, NY  10007<br>212-513-3264<br>NY #2097624<br>Second Circuit #90-079 |
|---|---|

Seeks to appear as the attorney for this party:

| Societe Air France ||
|---|---|
| Dated: December 8, 2009 | Signed: /s/ CG Kelly |

| COURT USE ONLY: The state bar reports that the applicant's status is: _____. ||
|---|---|
| Dated: _____ | Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States District Judge