IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAMPTON HARRIS; and ANDREW MUSGROVE, § § § | |
| Plaintiffs, § | |
| vs. § § | CIVIL ACTION NO. 4:09-CV-03155 |
| SOCIETE AIR FRANCE; AIRBUS S.A.S.; HONEYWELL INTERNATIONAL, INC.; ROCKWELL COLLINS, INC.; and THALES AVIONICS, S.A., § § § § § | |
| Defendants. § | |

## CORPORATE DISCLOSURE STATEMENT OF THALES AVIONICS S.A.

Thales S.A. (France) is the parent of Thales Avionics S.A. (France). Thales S.A. (France) owns 100% of the stock of Thales Avionics S.A.

Respectfully submitted,

/s/ Pamela C. Hicks    (by permission)
Pamela C. Hicks
Federal I.D. No. 23061
Texas Bar No. 24007002
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
phicks@bmpllp.com
(713) 623-0887
(713) 960-1527 Fax

**ATTORNEY-IN-CHARGE FOR
DEFENDANT THALES AVIONICS S.A.**

**OF COUNSEL:**

Kristen W. Kelly
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056

Eugene Massamillo
KAPLAN, MASSAMILLO & ANDREWS, LLC
70 East 55th Street, 25th Fl.
New York, New York 10022

Richard A. Walker
KAPLAN, MASSAMILLO & ANDREWS, LLC
120 N. LaSalle Street, 24th Fl.
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was sent to all known counsel of record via electronic service and facsimile transmission, on the 8th day of December, 2009:

| | |
|---|---|
| Richard Warren Mithoff, Jr.<br>Mithoff Law Firm<br>One Allen Center Penthouse<br>500 Dallas St., Suite 3450<br>Houston, Texas 77002<br><br>ATTORNEY FOR THE HARRIS AND MUSGROVE PLAINTIFFS | *Via Facsimile 713-739-8085* |
| William V. O'Connor<br>Don G. Rushing<br>Ellen N. Adler<br>Morrison & Foerster LLP<br>12531 High Bluff Dr., Suite 100<br>San Diego, California  92130 | *Via Facsimile 858-720-5125* |
| Thomas Christopher Trent<br>Johnson, Trent, West & Taylor, L.L.P.<br>919 Milam Street, Suite 1700<br>Houston, Texas  77002<br>ATTORNEYS FOR DEFENDANT HONEYWELL | *Via Facsimile 712-222-2226* |

2

1142526v.1 iManage 090808

| | |
|---|---|
| Robert F. Ruckman<br>Jackson Walker LLP<br>901 Main, St., Suite 6000<br>Dallas, Texas  75202-4771<br><br>ATTORNEY FOR DEFENDANT<br>ROCKWELL COLLINS INC. | *Via Facsimile 214-953-5822* |
| Christopher G. Kelly<br>Alan D. Reitzfeld<br>Holland & Knight LLP<br>195 Broadway<br>New York, New York 10007<br><br>Jad J. Stepp<br>Stepp & Sullivan PC<br>1010 Lamar, Suite 810<br>Houston, Texas 77002<br><br>ATTORNEYS FOR DEFENDANT SOCIETE AIR FRANCE | *Via Facsimile 212-385-9010*<br><br><br><br><br><br>*Via Facsimile 713-336-7250* |

                                              /s/ Kristen W. Kelly
                                              Kristen W. Kelly