IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAMPTON HARRIS, Individually, and as Independent Administrator of the Estate of MICHAEL HARRIS, Deceased; and ANDREW MUSGROVE, Individually and as Independent Administrator of the Estate of ANNE HARRIS, § § § § § § § § Plaintiffs, § § v. § § § SOCIETE AIR FRANCE, § AIRBUS S.A.S., HONEYWELL § INTERNATIONAL, INC., ROCKWELL § COLLINS, INC., and THALES, S.A., § § Defendants. § | CASE NO.: 4:09-CV-3155 TRIAL BY JURY REQUESTED HUGHES, D.J. |

## DEFENDANT AIRBUS S.A.S.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Airbus S.A.S. hereby makes the following disclosures:

Airbus S.A.S is 100% owned by EADS N.V., which is publicly traded on European stock exchanges. Airbus S.A.S. has no other publicly-traded affiliates.

Dated: December 9, 2009.

                                                Respectfully submitted,

                                                **HOGAN & HARTSON LLP**

                                 By:   _/s/Thad T. Dameris_
                                            Thad T. Dameris
                                            Attorney-in-Charge
                                            State Bar No. 05345700
                                            Southern District ID No. 7667
                                            700 Louisiana Street, Suite 4300
                                            Houston, Texas 77002
                                            Tel.:  (713) 632-1400
                                            Fax:  (713) 583-6297

                                                **Counsel for Airbus S.A.S.**

**Of counsel:**
Bruce D. Oakley
State Bar No. 15156900
Southern District ID No. 11824
Trevor R. Jefferies
State Bar No. 00790963
Southern District ID No. 18143
Christopher M. Odell
State Bar No. 24037205
Southern District ID No. 33677

**CERTIFICATE OF SERVICE**

      The undersigned certifies that, on December 9, 2009, a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

                                                */s/Thad T. Dameris*
                                                Thad T. Dameris