IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAMPTON HARRIS, Individually, and as Independent Administrator of the Estate of MICHAEL HARRIS, Deceased; and ANDREW MUSGROVE, Individually and as Independent Administrator of the Estate of ANNE HARRIS, | § § § § § § § § | |
| Plaintiffs, | § § | CASE NO.: 4:09-CV-3155 TRIAL BY JURY REQUESTED |
| v. | § § | HUGHES, D.J. |
| SOCIETE AIR FRANCE, AIRBUS S.A.S., HONEYWELL INTERNATIONAL, INC., ROCKWELL COLLINS, INC., and THALES, S.A., | § § § § § | |
| Defendants. | § | |

## NOTICE OF RELATED LITIGATION

Pursuant to Local Rule 5.2, Defendant Airbus S.A.S. advises the Court that the following actions arising from the same aviation accident as the present action:

1. *Hemme, et al. v. Airbus S.A.S. et al.*, No. 1:09-CV-07239 (N.D. Ill.); and

2. *Gergelova, et al. v. Airbus S.A.S. et al.*, No. 3:09-CV-05020-SI (N.D. Cal.).

Dated: December 9, 2009.

                Respectfully submitted,

                **HOGAN & HARTSON LLP**

  By:   /s/Thad T. Dameris
        Thad T. Dameris
        *Attorney-in-Charge*
        State Bar No. 05345700
        Southern District ID No. 7667
        700 Louisiana Street, Suite 4300
        Houston, Texas 77002
        Tel.: (713) 632-1400
        Fax: (713) 583-6297

        **Counsel for Airbus S.A.S.**

**Of counsel:**
Bruce D. Oakley
State Bar No. 15156900
Southern District ID No. 11824
Trevor R. Jefferies
State Bar No. 00790963
Southern District ID No. 18143
Christopher M. Odell
State Bar No. 24037205
Southern District ID No. 33677

**CERTIFICATE OF SERVICE**

    The undersigned certifies that, on December 9, 2009, a true and correct copy of the foregoing Notice of Related Litigation was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

                                                 */s/Thad T. Dameris*
                                                 Thad T. Dameris