UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-03155 |
|---|---|---|---|
| Hampton Harris, et al. | | | |
| *versus* | | | |
| Societe Air France, et al. | | | |

This lawyer, who is admitted to the State Bar of _____ New York _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Alan D. Reitzfeld<br>Holland & Knight LLP<br>195 Broadway<br>New York, NY  10007<br>212-513-3400<br>NY #1441948<br>Second Circuit (admitted Jan. 15, 1979) |
|---|---|

Seeks to appear as the attorney for this party:

| Societe Air France | |
|---|---|
| Dated: December 8, 2009 | Signed: [signature] |

| COURT USE ONLY: The state bar reports that the applicant's status is: Currently registered. |
|---|
| Dated: 12/10/2009    Signed: [signature]  Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: 12 13 09                    _____
                                   United States District Judge