UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-03155 |
|---|---|---|---|
| | Hampton Harris, et al. | | |
| | *versus* | | |
| | Societe Air France, et al. | | |

This lawyer, who is admitted to the State Bar of    New York   :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Christopher G. Kelly<br>Holland & Knight LLP<br>195 Broadway<br>New York, NY 10007<br>212-513-3264<br>NY #2097624<br>Second Circuit #90-079 |
|---|---|

Seeks to appear as the attorney for this party:

| Societe Air France |
|---|
| Dated: December 8, 2009    Signed: /s/ C. M. Kelly |

COURT USE ONLY: The state bar reports that the applicant's status is: Currently registered.

Dated: 12/10/2009    Signed: _____
                                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: 12·13·09                                                                   
                                                                                 United States District Judge