IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAMPTON HARRIS, Individually, and as Independent Administrator of the Estate of MICHAEL HARRIS, Deceased; and ANDREW MUSGROVE, Individually and as Independent Administrator of the Estate of ANNE HARRIS, <br><br> Plaintiffs, <br><br> VS. <br><br> SOCIÉTÉ AIR FRANCE; AIRBUS S.A.S.; HONEYWELL INTERNATIONAL, INC.; ROCKWELL COLLINS, INC.; and THALES AVIONICS, S.A., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § Civil Action No. 4:09-cv-03155 |

**ORDER** Substituting Counsel

On ~~CAME TO BE HEARD on this, the ___ day of January, 2010, Defendant~~ Société Air France's ~~Unopposed~~ Motion ~~to Substitute Attorney-in-Charge. After considering this motion,~~ ~~the Court finds,~~ that Christopher Kelly of Holland & Knight LLP ~~shall be~~ is substituted as attorney-in-charge ~~in place of~~ and Jad J. Stepp is withdrawn. ~~for Defendant Société Air France. It is therefore~~

ORDERED, ADJUDGED, and DECREED that Christopher Kelly of Holland & Knight LLP shall be substituted as attorney-in-charge for Defendant Société Air France in this case.

1-05-2010

~~Honorable~~ Lynn N. Hughes
United States District Judge