UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-CV-03155 |
|---|---|---|---|
| | Hampton Harris, et al, | | |
| | *versus* | | |
| | Societe Air France, et al, Defendants | | |

This lawyer, who is admitted to the State Bar of _____Illinois_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Richard A. Walker<br>Kaplan, Massamillo & Andrews, LLC<br>120 N. LaSalle Street, 24th Floor<br>Chicago, Illinois 60602<br>(312) 345-3000<br>Illinois ARDC No. 6196947<br>N.D. of Illinois No. 6196947 (ND uses IL Bar No.) |
|---|---|

Seeks to appear as the attorney for this party:

| Defendant and Cross Claimant - Thales Avionics, S.A. |
|---|
| Dated: 01/18/2010    Signed: *[signature]* |

COURT USE ONLY: The state bar reports that the applicant's status is: _____.

| Dated: _____ | Signed: _____<br>Deputy Clerk |
|---|---|

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                              United States District Judge