UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-CV-03155 |
|---|---|---|---|
| | Hampton Harris, et al, | | |
| | *versus* | | |
| | Societe Air France, et al, Defendants | | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Eugene F. Massamillo<br>Kaplan, Massamillo & Andrews, LLC<br>70 E. 55th Street, 25th Floor<br>New York, New York 10022<br>(212) 992-0450<br>New York<br>S.D. of New York, EM-6942 |
|---|---|

Seeks to appear as the attorney for this party:

| Defendant and Cross Claimant - Thales Avionics, S.A. |
|---|
| Dated: 01/19/2010     Signed: *Eugene Massamillo* |

| COURT USE ONLY: The state bar reports that the applicant's status is: __Currently registered__ . |
|---|
| Dated: 1/20/2010     Signed: _____<br>                                                     Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: 1-22-0        _____
                                                    United States District Judge