IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAMPTON HARRIS, Individually, and as Independent Administrator of the Estate of MICHAEL HARRIS, Deceased; and ANDREW MUSGROVE, Individually and as Independent Administrator of the Estate of ANNE HARRIS, §§§§§§§§ Plaintiffs, §§ VS. §§ SOCIÉTÉ AIR FRANCE; AIRBUS S.A.S.; HONEYWELL INTERNATIONAL, INC.; ROCKWELL COLLINS, INC.; and THALES AVIONICS, S.A., §§§§§§ Defendants. § | Civil Action No. 4:09-cv-03155 |

## AMENDED ORDER SUBSTITUTING COUNSEL

~~CAME TO BE HEARD on this, the ___ day of _____, 2010, Defendant Société Air France's Motion to Amend Order Substituting Counsel, and the Court finds that:~~

- Christopher Kelly of Holland and Knight LLP is ~~substituted as~~ Attorney-in-Charge; and

- Jad J. Stepp remains as counsel for Société Air France.

~~IT IS SO ORDERED.~~

Signed in Houston on January 29, 2010.

_____
Lynn N. Hughes
United States District Judge