# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☒ Manion  ☐ Bellamy  ☐ |
| DATE | February 1, 2010 |
| TIME | 10:10 a.m. — 11:05 a.m. |
| CIVIL ACTION | H — 09 — 3155 |
| STYLE | Hampton Harris, et al<br>versus<br>Societe Air France, et al |

**DOCKET ENTRY**

☐ Conference;  ☒ Hearing;  ____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Gayle Dye)

Richard Mithoff, Janie Jordan, Russel Post for ☒ Ptf. # ____  ☐ Deft. # ____
Teresa Demetriou, Joe Alexander, Chaz Brar for ☒ Ptf. # ____  ☐ Deft. # ____
Christopher Kelley, Alan Reitzfeld, Jad Stepp for ☐ Ptf. # ____  ☒ Deft. # 1
Thad Dameris, Bruce Oakley for ☐ Ptf. # ____  ☒ Deft. # 2

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☐ Argument heard on:  ☐ all pending motions;  ☐ these topics:
  _____
  _____

☐ Motions taken under advisement: _____
☒ Order to be entered.
☒ Internal review set: May 3, 2010
☐ Rulings orally rendered on: _____

William O'Connor, Chris Trent for ☒ Deft #3
Robert Ruckman for ☒ Deft #4
Pam Hicks, Richard Walker, Kristen Kelly for ☒ Deft #5