IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAMPTON HARRIS, Individually, and as Independent Administrator of the Estate of MICHAEL HARRIS, Deceased; and ANDREW MUSGROVE, Individually and as Independent Administrator of the Estate of ANNE HARRIS, <br><br>Plaintiffs, <br><br>VS. <br><br>SOCIÉTÉ AIR FRANCE; AIRBUS S.A.S.; HONEYWELL INTERNATIONAL, INC.; ROCKWELL COLLINS, INC.; and THALES AVIONICS, S.A., <br><br>Defendants. | § § § § § § § § § § § § § § § § § <br><br>Civil Action No. 4:09-cv-03155 <br><br>Hon. Lynn Hughes |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Holland & Knight LLP, attorneys for Defendant Société Air France, has changed its address, effective February 1, 2010, from 195 Broadway, New York, New York 10007 to 31 West 52nd Street, New York, New York 10019. Telephone, facsimile numbers and email addresses remain the same. As of February 1, 2010, all pleadings and correspondence should be directed accordingly.

Dated: New York, New York
       February 1, 2010

                                              HOLLAND & KNIGHT LLP

                            By:    /s/ Christopher G. Kelly
                                    Christopher G. Kelly
                                    Alan D. Reitzfeld
                                    31 West 52nd Street
                                    New York, New York  10019
                                    Telephone No. (212) 513-3200
                                    Telefax No. (212) 385-9010
                                    *Attorneys for Defendant Société Air France*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2010, the foregoing **NOTICE OF CHANGE OF ADDRESS** was filed with Clerk of the Court using the CM/ECF System, which automatically transmits a Notice of Electronic Filing to all ECF registrants.

_____
Elvin Ramos

# 9139864_v1