| | | |
|---|---|---|
| Hampton Harris, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-09-3155 |
| Societe Air France, *et al.*, | § § § | |
| Defendants. | § § | |

## Order Staying Case

1. This case is stayed pending the decision of the multi-district litigation panel.

2. Counsel for Airbus, S.A.S., will inform the court of the panel's progress by filing a status report no later than May 1, 2010.

3. Societe Air France must produce the data from surrounding flights within a reasonable time of the departure of Flight 447.

Signed on February 1, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge