AO 435
(Rev. 03/08)

*Please Read Instructions:*

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| **1. NAME** Thad T. Dameris | **2. PHONE NUMBER** 713-632-1410 | **3. DATE** 08 Feb 10 |

| **4. MAILING ADDRESS** 700 Louisiana, Suite 4300 | **5. CITY** Houston | **6. STATE** TX | **7. ZIP CODE** 77002 |
|---|---|---|---|

| **8. CASE NUMBER** 09-3155 | **9. JUDGE** Hughes | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | **10. FROM** 01 Feb 2010 | **11. TO** |

| **12. CASE NAME** Harris, et al v. Air France, et al | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | **13. CITY** Houston | **14. STATE** TX |

**15. ORDER FOR**

- ☐ APPEAL
- ☒ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

United States Courts
Southern District of Texas
FILED

FEB - 9 2010

Clerk of Court

**16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | Initial Conference transcript | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES 1 | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

**18. SIGNATURE**

ESTIMATE TOTAL

- ☒ EMAIL ONLY REQUIRED
- ☐ EMAIL AND HARD COPY REQUIRED

**19. DATE**

☐ EMAIL ADDRESS:
tdameris@hhlaw.com

**20. TRANSCRIPT TO BE PREPARED BY**
Gayle Dye

COURT ADDRESS

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | 09 Feb 10 | H&H | DEPOSIT PAID | | $35.10 |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY